UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RE:  KWAME GORDON, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | CASE NUMBER 13-66402 - |

MOTION TO REOPEN CHAPTER 7 CASE TO ADD CREDITORS AND TO DISCLOSE LAWSUIT

COMES NOW, debtor, in the above-styled case and files this Motion to Reopen Chapter 7 Case, and shows the Court the following:

1.

The debtor filed this case on July 31, 2013.

2.

Debtor's case was discharged on July 9, 2014

3.

Debtor had inadvertently omitted several unsecured creditors that were in existence prior to his filing his chapter 7.

4.

Further, Debtor was out of work at the time of filing due to an injury suffered on the job a year or so prior to filing. Debtor had not filed a lawsuit at the time of filing his bankruptcy case and failed to inform his bankruptcy attorney of the potential claim. Debtor has now filed suit and there is a potential for a settlement. Debtor's counsel believes it is prudent to disclose this claim, and would like to amend his schedules upon the case being reopened.

WHEREFORE, the debtor respectfully asks this court to issue an Order Reopening the Chapter 7 case to allow debtor add the omitted creditors as well as amend his schedules to disclose the particulars of the personal injury claim.

Respectfully Submitted,

Charles E. Taylor
Georgia Bar no. 699681

Law Office of C.E. Taylor
778 Rays Road, Suite 101
Stone Mountain, Georgia   30032
(404) 292-3123

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE THIS DAY SERVED THE FOLLOWING PERSONS WITH THE FOREGOING PLEADING BY DEPOSITING A COPY OF SUCH IN THE UNITED STATES MAIL WITH SUFFICIENT POSTAGE AFFIXED THERETO.

Dale R.F. Goodman
Suite 200
1303 Hightower Trail
Atlanta, GA   30350

Southwest Nassau Radiology
161-05 Horace Harding Expressway
Flushing, NY   11365

Firstsource Advantage, LLC
P.O. Box 23950
Belleville, IL   62223

CEP America LLC
P.O. Box 582663
Modesto, CA   95358

LTD Financial
7322 Southwest Freeway, Suite 1600
Houston, TX   77074

This 30 Day of December, 2014.

_____
Charles E. Taylor
Georgia Bar No. 699681

Law Office of C.E. Taylor
778 Rays Road, Suite 101
Stone Mountain, Georgia   30083
(404) 292-3123

```
         U. S. BANKRUPTCY COURT
      NORTHERN DISTRICT OF GEORGIA
            ATLANTA DIVISION

           # 01210590 - JD
           December 30, 2014


Code       Case No      Qty       Amount By

7R         13-66402               $260.00 CK
  Judge  - C. Ray Mullins
  Debtor - K. GORDON


TOTAL:                            $260.00


FROM: Charles E. Taylor
      Law Office of Charles E. Taylor
      778 Rays Road Suite 101
      Stone Mountain, GA 30083
```

Page 1